## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NANCY MCCORMACK,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **DENTSPLY SIRONA, INC., et al.,** | : | |
| *Defendants*. | : | **NO. 26-CV-2154** |

## ORDER

**AND NOW**, this **24th** day of **June 2026**, upon consideration of Defendants Dentsply Sirona, Inc., Straight Smile, LLC t/a and/or d/b/a Byte, Dentsply Sirona Orthodontics, Inc., and Byte Dental Practice, PLLC's (collectively, "Defendants") Motion Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16, to Stay Action and Compel Arbitration (ECF No. 13, the "Motion"), Plaintiff's Response to Defendants' Motion (ECF No. 17), Defendants' Reply in Further Support of their Motion (ECF No. 18), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16, to Stay Action and Compel Arbitration (ECF No. 13) is **GRANTED** for the reasons set forth in the accompanying memorandum.

2. Plaintiff is **COMPELLED** to arbitrate her claims against Defendants pursuant to the Parties' arbitration agreement.

3. The above-captioned action shall be **STAYED** pending resolution of the Parties' arbitration proceeding.

4. The Clerk of Court shall **CLOSE** the above-captioned action.

5. The Parties shall file a joint status report on **July 24, 2026** and every sixty (60) days thereafter until final resolution of the arbitration proceeding.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**